Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DWAYNE VERMASS,<br>  Plaintiff,<br><br>   v.<br>NANCY BERRYHILL,<br>  Commissioner of Social Security,<br>    Defendant. | 3:11-CV-01466-SI<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $7,531 pursuant to 42 U.S.C. § 406(b). The attorney fee of $2,477.69 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this __13th__ day of __September__, 2017.

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael H. Simon　　　　　　
　　　　　　　　　　　　　　　　　　　　　Michael Simon
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge